[Criminal No. 262.   Filed March 20, 1909.]

[100 Pac. 459.]

TERRITORY OF ARIZONA, Appellant, v. THOMAS G. NORRIS, Defendant and Appellee.

Motion to dismiss appeal granted January 11, 1909.

E. S. Clark, Attorney General, for Territory.

Reese M. Ling, J. M. Ross, and LeRoy Anderson, for Appellee.

PER CURIAM.—As in case No. 271, *Territory* v. *Norris, ante,* p. 176, this is an appeal taken by the attorney

general on behalf of the territory under the provisions of section 1038 of the Penal Code of 1901. It is pending before us on a motion to reinstate, the appeal having been heretofore dismissed by us. The condition of the record in the case is substantially the same as that in the case above cited, and the motion to reinstate is denied for the reasons stated in the opinion in that case, decided by us at this time.